**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF CATHERINE METZ | : | No. 62 MAL 2023 |
| | : | |
| | : | |
| PETITION OF: STEVEN BRUNGARD | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.